**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRIAN OTERO, individually and on behalf of a class of similarly situated individuals, ) ) ) ) | |
| Plaintiff, ) ) | 12 C 3148 |
| vs. ) ) | Honorable Judge Amy J. St. Eve |
| THOMAS J. DART, *et al.* ) ) | Magistrate Judge Michael T. Mason |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE THEIR CORRECT RESPONSE TO PLAINTIFF'S MOTION TO INCLUDE INDIVIDUALS WHOSE CHARGES WERE VACATED WITHIN THE CLASS INSTANTER**

NOW COME Defendants, Sheriff Thomas J. Dart and Cook County, by their attorney ANITA ALVAREZ, State's Attorney of Cook County, through her assistant, Anthony E. Zecchin, and states as follows:

1. Defendants are represented by undersigned counsel in the above-titled action.

2. Defendants timely filed a response to Plaintiff's Motion to Include Individuals Whose Charges Were Vacated Within the Class on May 7, 2015. Dkt. nos. 123-124.

3. Upon reviewing the electronic entry of docket no. 123, undersigned counsel recognized that an earlier draft response had been filed rather than a final version.

4. Defendants are seeking leave to file their correct response instanter.

5. That the granting of this motion will not unfairly prejudice Plaintiff or unduly delay the litigation of this matter.

6. Defendants do not object to an one day extension of time for Plaintiff to file his reply.

WHEREFORE, Defendant requests that this Honorable Court grant the following relief:

a. That this Honorable Court grant Defendants leave to file their response instanter;

b. That this Honorable Court grants any other relief it deems just.

>Respectfully submitted,
>ANITA ALVAREZ
>State's Attorney of Cook County
>
>/s/ Anthony E. Zecchin
> Anthony E. Zecchin
>Assistant State's Attorney
>500 Richard J. Daley Center
>50 W. Washington
>Chicago, Illinois  60602