IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN OTERO, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>THOMAS J. DART, SHERIFF OF COOK COUNTY and COOK COUNTY, ILLINOIS,<br><br>        Defendants. | Case No. 1:12-cv-3148<br><br>Hon. Amy J. St. Eve |

## ORDER APPROVING PLAN TO FINALIZE AND CLOSE SETTLEMENT

The Court grants the Agreed Motion to Approve Plan to Finalize and Close Settlement [309]. The following plan is adopted to finalize and close the settlement of this matter:

1) The settlement administrator shall re-issue checks that remain uncashed with a 30-day stale date. No further requests by class members for a check re-issuance will be allowed.

2) The settlement administrator shall not re-issue checks that have already been re-issued and are still within their stale date.

3) Class members who have not cashed their re-issued check as described in Paragraphs (1) or (2) above by the stale date shall be deemed to have waived their claim to a settlement payment.

4) The account holding the uncashed check fund shall be closed twenty-one (21) days after the latest stale date of the re-issued checks. At that time, any amount remaining in uncashed check funds shall first be used to pay any remaining administration costs. Any amount remaining from the uncashed check funds after payment of settlement administration costs shall revert to Defendants.

**Dated:** August 7, 2017

_____
AMY J. ST. EVE
United States District Court Judge