In The United States District Court
For The Northern District of Illinois
Eastern Division

FILED
SEP 26 2017 TG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Brian Otero, individually and on behalf of a class of Similarly Situated individuals,
Plaintiff,

vs.

Thomas J. Dart, Sheriff of Cook County - and Cook County Illinois,
Defendants.

Case no. 1:12-CV-03148

Honorable Amy J. St. Eve

Class Action Settlement

## Motion To Enforce Settlement Payment

Now comes Cortillas Harris, class member respectfully moves this Honorable Court for an Order, Ordering the Defendants to pay this class member "Mr. Harris" his share of the Class Action lawsuit Settlement for the following reasons:

1. July 17, 2016, class member wrote the Claims Administrator from Stateville N.R.C. about "not" receiving the forms to be filled out and four (4) cases that was dropped, Nolle, and found Not guilty.

The claims Administrator did not response to my letter. See exhibit 1

2. September 13, 2016, class member wrote the claims Administrator from Illinois River correctional Center about "not receiving the forms to be filled out and to remind claims Administrator about July 17, 2016, letter and four 4 cases dropped, Nolle and found not guilty.

The claims Administrator did not response.

See exhibit 2

3. May 9, 2017, class member wrote cook county settlement claims Administrator at P.O. Box 43410 Providence, RI 02940-3410 as a continue follow-up relating to exhibits 1 and 2 attached herewith and mailed a copy of the same to "" Myron M. Cherry & Associates, LLC at 30 North Lasalle street, suite 2300 Chicago, Illinois 60602"".

claims Administrator still haven't response.

See exhibit 3

4. May 16, 2017, Jacie C. Zolna from Myron M. Cherry & Associates responsed to class member May 9, 2017, letter quoting:

"We received your letter dated May 9, 2017, According to the claims administrator, the notice and claim form were mailed to you at the following address: 5615 73rd St., Kenosha, WI 53142-3669. The claims administrator also advised that it received your letters in July 2016, but by that time, the deadline to submit a claim for a settlement Payment (June 20, 2016) had already passed".

See exhibit -4-

5. May 21, 2017, class member wrote Myron M. Cherry & Associates Law Firm thus unfortunately said letter was misplaced by class member "Mr. Harris" However if this court need this letter, I'm sure, Jacie C. Zolna can provide to the court.

6. June 6, 2017, Jacie C. Zolna from Myron M. Cherry & Associates responsed to class member

May 21, 2017, letter by stating:

"I empathize with your position, but, unforunately, there is nothing we can do for you. The deadline for claims was confirmed by court order. We have already attempted to persuade the Defendants to accept late claims, but, as is their right under the court-ordered schedule, they have refused to accommodate any late claims. In short, this settlement has been concluded and the funds have already been disbursed. Unforunately, there is nothing more we can do."

See exhibit -S-.

7. June 29, 2017, class member "Mr. Harris" reply to June 6, 2017, response letter from Jacie C. Zolna quoting in parts:

"Please bear witness from the records as follows:

It was clear from your May 16, 2017, letter quoting, According to the claims administrator, the notice and claim form were mailed to you at the following address:

5615 73rd St., Kenosha, WI 53142-3669.
The claims administrator also advised us that it received your letters in July of 2016, but, by that time, the deadline to submit a claim for a settlement payment (June 20, 2016) and already passed.*

Writing directly to professional lawyers:

* "Truth is the truth I "did" write for claim form is one language"! I didn't have no knowledge about a deadline because claims administrator never personally mailed (Notice and form) to me and I continues writing/requesting for claim form with respect and therefore, the records is clear, I am fully entirely to the settlement payment because the entirely fault is all the claims administrator failures*.

Note:

I'm hoping that I not be forced to bring this to the court attention for resolving?

See exhibit 6

8. Class member "Mr. Harris" is bringing to this Honorable court attention and all parties his change of Address due to his release parole date October 6, 2017 " Address is"

Cortilla Harris
212 1 Street Ave
Midfield, Alabama 35228

Wherefore, Mr. Harris, class member respectfully requests this Honorable court to Grant his Motion and order Defendants to Pay "Mr. Harris" his full share of the Settlement payment given that A) Mr. Harris, didn't have knowledge of any deadline, B) Claims Administrator Mailed Notice and Form to the wrong address and C) Claims administrator failed to response to Mr. Harris letter when requesting for Claim Form.

OFFICIAL SEAL
KASSIDY L. TIMMONS
Notary Public - State of Illinois
My Commission Expires 9/28/2019

Respectfully submitted,

[signature]

Cortillas Harris, B-73808

Signed before me this 12 day of September, 2017.

[signature]

Notary Public

# Notice Proof of Mailing

Please Take Notice, Cortillas Harris, B-73808 of Illinois River correctional center, P.O. Box 999, Canton, Illinois 61520 by mailing Legal mail of

Motion To Enforce Settlement Payment and six (6) exhibits upon:

Honorable Clerk
Everett Mckinley Dirksen Building
219 South Dearborn street,
Chicago, Illinois 60604,

Myron M. Cherry & Associates LLC
Attorneys at Law
30 North Lasalle street,
Suite 2300
Chicago, Illinois 60602,

Cook county settlement claims Administrator
P.O. Box 43410
Providence, RI 02940-3410 /

and,

Anthony E. Zecchin
Assistant State's Attorney
Cook county State's Attorney office
500 Daley Center
Chicago, Illinois 60602.

by Placing the same above in the legal mail of Illinois River correctional center on the following date: Sept 19th, 2017.

Respectfully submitted,

Cortillas Harris

Signed before me this 19 day of September, 2017.

[signature]

Notary Public

OFFICIAL SEAL
KASSIDY L. TIMMONS
Notary Public - State of Illinois
My Commission Expires 9/28/2019

Exhibit 1

This 8-1-16 ~~These~~ is the very first time I wrote since I've left Cook County

TO WHOM IT MAY CONCERNS

MY NAME IS CORTILLAS HARRIS I AM CURRENTLEY IN STATEVILLE N.R.C P.O BOX 112 JOLIET IL, 60434 I AM WONDERING WHY I WASN'T SENT THE FORMS TO BE FILLED OUT I'VE HAD FOUR CASES 1ST I09CR14248 NOT GUILTY 2ND 106CR0765701 3RD 1511133201 NOLLE AND THE VERY LAST CASE I06CR2567 DROPPED I DON'T KNOW EXACTLEY HOW LONG I'LL BE HERE IN STATEVILLE N.R.C I'LL PROBLEY BE SHIPPED OUT SOMETIME SOON. MY INMATE #B73808 SO YOU'LL CAN TRACK ME BY MY INMATE NUMBER I'LL BE IN THE COMPUTER THANK YOU'LL VERY MUCH LET'S PLEASE GET THIS MATTER TOGETHER SOLVED.

A COPY I'VE MADE IN STATEVILLE

SINCERLY
YOURS
Cortillas Harris

Exhibit 2 of 1

09-13-16

COPY

TO Whom it May concern

My NAME is CORTILLAS HARRIS I AM CURRENTLEY LOCKED-UP In ILLINOIS RIVER C.C PO BOX 999 CANTON IL, 61520 MY I.D.OC NUMBER # B73808. I AM wondering why I WASN'T SENT the FORMS TO BE Filled OUT I'VE WROTE YOU'll A LETTER ON 7-17-16 FROM STATEVILLE N.R.C PO BOX 112 JOLIET IL, 60434. I'VE WROTE All FOUR CASE TO YOU'll AS WELL 1st I09CR14268 NOT GUILTY 2ND 106CR0765701 NOT GUILTY 3RD 1511113320l NOlle AND 4th I06CR2567 Also My Family Also WENT Through THE COMPUTER TO File THE PAPER WORK AS WELL FOR ME. I WOULD LIKE TO RESOLVE THIS MATTER ~~Respect~~ RESPECT~~fully~~ MAY THE PEACE AND Also Blessings of GOD BE Upon YOU AND YOUR FAMILY

Respectfully Submitted By

Cortillas Harris

OTERO VS DART ET AL CASE NO 1:12-CV-03148

Exhibit 2 of 2

I AM NOT SPEAKING ON EVERYONE ELSE BEHALF BUT HOW YOU'LL PLACE A DEADLINE ON A SETTLEMENT WHAT ABOUT THE PEOPLE WHO DIDN'T KNOW OR MAYBE FOUND OUT LATE ARE THEY DISQULIFY FROM GETTING WHAT THEY ARE QUILIFIED FOR? IT'S PEOPLE WHO'S JUST FINDING OUT ABOUT THIS. WHY COME YOU'LL DON'T POST ANYTHING ABOUT THINGS LIKE THIS? WHY COME YOU'LL KEEP IT HUSH, HUSH,? WHY COME YOU'LL DON'T SEND LETTERS TO THE PEOPLE WHO QULIFIY? WELL AS YOU'LL CAN TELL I AM RUSHING TO GET THIS LETTER TO YOU'LL AND I DO UNDERSTAND THAT EVERYTHING TAKES TIME AND HAS A PROCESS TO IT AS WELL. HOPEFULLY WE CAN RESOLVE THIS MATTER VERY SOON.

Exhibit - 3-

Cortillas Harris, B-73808
Illinois River Correctional Center
P.O. Box 999
Canton, Illinois 61520
May 9, 2017

Cook County Settlement Claims Administrator
P.O. Box 43410
Providence, RI 02940-3410

Re: Otero v. Dart et al, No. 1:12-cv-03148

Dear Cook County Settlement Claims Administrator, "C.C.S.C.A."

I'm respectfully following up on timely letters I wrote you concerning the settlement claims 'forms' as well provided you cases that was dropped, Nolle and Found not Guilty, however you didn't response to any of my timely letters therefore, I'm going to recite the first letter and touch on parts of the second letter as follows please:

First letter dated July 17, 2016, quoting in part:

* My name is Cortillas Harris, I'm currently in Stateville (N.R.C.), P.O. Box 112, Joliet, Illinois 60434. I'm wondering why I wasn't sent the 'Forms to be filled out)? I had four cases that was A) Not guilty, 09-CR-14268, B) Not guilty - 106-CR-0765701, C) Nolle - 1511133201 and D) Dropped - I06-CR-2867 *.

and Second letter dated September 13, 2016, quoting in part:

"My name is Cortillas Harris, B-73808, I'm currently Lock up in Illinois River C.C., P.O. Box 999, Canton, Illinois 61520.
I'm still wondering why I wasn't sent the forms to be filled out after I timely wrote You July 17, 2016 from Stateville N.R.C. as well provided you informations concerning four cases that were either Dropped, Nolle and found Not guilty".

To this present date, I still haven't receive the 'forms' and no response from either letter mailed to You + C.C.S.C.A.

Therefore and with respect, I am entirely to the Settlement payment upon timely writing you twice -- please acknowledge...

Thank You in advance upon waiting for your response and actions.

Respectfully submitted,
Cortillas Harris

cc: Myron M. Cherry & Associates, LLC
30 North La Salle Street, Suite 2300
Chicago, Illinois 60602,

cc: Foote, Mielke, Chavez & O'Neil LLC
10 West State Street, Suite 200
Geneva, Illinois 60134.

OFFICIAL SEAL
KASSIDY L. TIMMONS
Notary Public - State of Illinois
My Commission Expires 9/28/2019

9-12-17

2 of 2

MYRON M. CHERRY & ASSOCIATES LLC

ATTORNEYS AT LAW

30 NORTH LASALLE STREET, SUITE 2300

CHICAGO, ILLINOIS 60602

TELEPHONE (312) 372-2100

FACSIMILE (312) 853-0279

WWW.CHERRY-LAW.COM

May 16, 2017

***Via U.S. Mail***
Cortillas Harris
IDOC#: B-73808
P.O. Box 999
Canton, Illinois 61520

**Re:** ***Otero v. Dart, et al.*** **(N.D. Ill. Case No. 12-cv-3148)**

Mr. Harris:

We received your letter dated May 9, 2017. According to the claims administrator, the notice and claim form were mailed to you at the following address: 5615 73rd St., Kenosha, WI 53142-3669. The claims administrator also advised us that it received your letters in July of 2016, but, by that time, the deadline to submit a claim for a settlement payment (June 20, 2016) had already passed.

Sincerely,

Jacie C. Zolna

Exhibit - 4 -

MYRON M. CHERRY & ASSOCIATES LLC
ATTORNEYS AT LAW
30 NORTH LASALLE STREET, SUITE 2300
CHICAGO, ILLINOIS 60602

TELEPHONE (312) 372-2100
FACSIMILE (312) 853-0279
WWW.CHERRY-LAW.COM

June 6, 2017

***Via U.S. Mail***
Cortillas Harris
IDOC#: B-73808
P.O. Box 999
Canton, Illinois 61520

**Re: *Otero v. Dart, et al.* (N.D. Ill. Case No. 12-cv-3148)**

Mr. Harris:

I am writing in response to your letter dated May 21, 2017. I empathize with your position, but, unfortunately, there is nothing we can do for you. The deadline for claims was confirmed by Court order. We have already attempted to persuade the Defendants to accept late claims, but, as is their right under the Court-ordered schedule, they have refused to accommodate any late claims. In short, this settlement has been concluded and the funds have already been disbursed. Unfortunately, there is nothing more we can do.

Sincerely,

Jacie C. Zolna

Exhibit - 5 -

Exhibit - 6 -

Cortillas Harris
B-73808
Illinois River correctional Center
P.O. Box 999
Canton, Illinois 61520

June 29, 2017

Myron M. Cherry & Associates, LLC
Attorneys at Law
30 North LaSalle Street, Suite 2300
Chicago, Illinois 60602

Re: <u>Otero v. Dart, et al.</u>, No. 1:12-cv-03148

Dear Jacie C. Zolna,

I am writing to reply to your letter dated June 6, 2017.

With respect, You stated, " we have already attempted to persuade the Defendants to accept late claims, but, as is their right under the court-ordered Schedule, they have refused to accommodate any late claims".

<u>Please bear witness from the records</u> as follows:

It was clear from your May 16, 2017, letter <u>quoting</u>: According to the claims administrator, the notice and claim form were mailed to you at the following address: 5615 73rd St., Kenosha, WI 53142-3669. The claims administrator

also advised us that it received your letters in July of 2016, but, by that time, the deadline to submit a claim for a settlement payment (June 20, 2016) and already passed.

The facts showing the failures are the faults of the claims administrator this way:

A) claims administrator admitting mailing "Notice and Form" to the following address on page 1 herewith;
B) failed to acknowledge my letters stated in May 16, 2017, letter and (C) the records support what claims administrator admitted to this Law Firm by Phone call(s) or writing and/or both.

Fundamental Fairness must apply
as follows:

I had no personal knowledge about a deadline period while the claims administrator was mailing Notice and claim form to my family address, the languages in my letters claims administrator admits receiving speaking clear (requesting for the form), these letters was written from two different prisons stated and dated in May 9, 2017, following up on timely letters I wrote you concerning the settlement claims (forms).

Right here, no, no human being should not be held accountable for lack of personal knowledge meaning, I never receive the "Notice" or the claim form" and claims administrator never response to any letters I wrote them from two different prison in-fact, no matter whats being written or said now the failure is directly on the claims administrator as stated herein.

Writing directly to professional lawyers

Truth is the truth I "did" write for claim form is one language." I didnt have no knowledge about a deadline because claims administrator never personally mailed "Notice and form" to me and I continues, writing/requesting for claim form with respect and therefore, the records is clear, I am fully entirely to the settlement payment because the entirely fault is all the claims administrator failures".

Thank you again in advance!

Respectfully Submitted,

Contillas Harris

Note: I'm hoping that I not be forced to bring this to the court attention for resolving?

Cortillas Harris
B-73808
Illinois River correctional center
P.O. Box 999
Canton, Illinois 61520

IDOC INMATE MAIL
MONEY ORDERS NO
LONGER ACCEPTED




Honorable clerk,
Everett Mckinley Dirksen Building
219 South Dearborn street
Chicago, Illinois 60604

DV

Legal Mail

US POSTAGE
$00.39
09/21/2017
ZIP 61520
041L11240050
neopost
IDOC INMATE MAIL

